**Motion Denied and Order filed March 12, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-19-00273-CV
_____

**PEGGY KUBENA, Appellant**

**V.**

**LUZ MAR, Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1127824**

## ORDER

This is an appeal from a final judgment signed March 5, 2019. Appellant's brief was originally due May 6, 2019. We granted multiple motions to extend time to file appellant's brief. The last motion was granted to January 30, 2020. We cautioned that if appellant did not timely file her brief as ordered, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Despite having nearly nine months to file a brief, appellant did not file a brief.

Instead, on February 18, 2020, appellant filed a motion to extend time to file the brief. Her motion is difficult to decipher, but she appears to contend she needs more time to file her brief because she has been unable to obtain legal representation. Appellee filed an opposition to the motion, asking the court not to give appellant more time to file her brief because she has already had five extensions.

We deny the motion to extend time and order appellant to file a brief by **April 1, 2020**. **<u>No further requests to extend time will be entertained.</u>** If appellant does not file a brief as ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.